# RUBENSTEIN & RYNECKI

ATTORNEYS AT LAW
26 COURT STREET, SUITE 1200
BROOKLYN, NEW YORK 11242
Tel. (718)522-1020
Fax. (718)522-3804

SANFORD A. RUBENSTEIN*
SCOTT RYNECKI**
ROBERT MIJUCA
RICHARD M. LEVY

MARC BATTIPAGLIA**
MICHAEL J. CONTE
BRETT A. SINGER
MICHAEL J. KESSELMAN
DONAL MCKEONE
JAMES HODNETT

* OF COUNSEL
** ADMITTED IN NY & NJ

April 27, 2026

**VIA ECF**
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Abdullawal Adetunji v. Metropolitan Transportation Authority, et. al.
> United States District Court, Eastern District of New York
> Index No.: 1:26-cv-01309 (FB)(PCG)

Dear Judge Block:

This office represents plaintiff Abdullawal Adetunji in the above-referenced litigation. This correspondence is written jointly with counsel for all defendants.

Both sides have agreed to a resolution of this matter. We request thirty days to file a Stipulation of Dismissal. Additionally, there is a pre-motion conference currently scheduled before Your Honor on April 30, 2026. We jointly request that this pre-motion conference be adjourned without a date, in anticipation of the filing of the Stipulation of Dismissal.

Thank you for the Court's time and attention to this matter.

Respectfully submitted,

/s/ Michael J. Kesselman
Rubenstein & Rynecki
Abdullawal Adetunji

CC: All counsel (via ECF)